█    In the Matter of DAVID H. PEIREZ et al., Appellants, v RALPH G.
CASO, as Nassau County Executive, et al., Respondents.—In a proceeding
pursuant to CPLR article 78, *inter alia,* to compel the respondent Nassau
County officers "to call in and/or establish a schedule for the retirement" of
a debt due, petitioners appeal from a judgment of the Supreme Court,
Nassau County, entered April 12, 1979, which, *inter alia,* dismissed the
petition. Judgment affirmed, without costs or disbursements. An article 78
proceeding in the nature of mandamus does not lie unless the act sought to
be compelled is ministerial, nondiscretionary and nonjudgmental, and is
premised upon specific statutory authority mandating performance in a
specified manner (see *Matter of Stutzman v Fahey,* 62 AD2d 1070; *Matter of
Posner v Levitt,* 37 AD2d 331). The act here sought to be compelled—
collection of a debt due from respondent Nassau County Bridge Authority to
respondent Nassau County in connection with the construction of the
Atlantic Beach Bridge—does not meet the above criteria. Titone, J. P.,
O'Connor, Gulotta and Margett, JJ., concur.

█    In the Matter of ROBERT R. RICHARDS, Appellant, v BOARD OF
APPEALS OF THE VILLAGE OF NISSEQUOGUE et al., Respondents.—Judgment of
the Supreme Court, Suffolk County, entered January 31, 1979, affirmed,
with $50 costs and disbursements (see *Matter of Presnell v Leslie,* 3 NY2d
384). Mollen, P. J., Lazer, Cohalan and Gibbons, JJ., concur.